BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00126-MCE-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $27,676.66 SEIZED FROM US BANK ACCOUNT NUMBER 1 534 0187 5072, HELD IN THE NAMES OF DONALD COAN, AND SCARLET HUGHES POA, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Larry Hughes, by and through their respective attorneys, as follows:

1.  On or about September 25, 2014, the Federal Bureau of Investigation ("FBI") seized the above-referenced defendant currency for federal forfeiture.

2.  Under 18 U.S.C. §§ 983(a)(1)(A)(i) and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant currency, or obtain an indictment alleging that the defendant currency is subject to forfeiture within sixty ("60") days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is currently November 24, 2014.

3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 20, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture.

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture shall be extended to February 20, 2015.

Dated: 10/28/14

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 10/28/14

/s/ Peter Boldin
PETER BOLDIN
Attorney for potential claimant
Larry Hughes
(Authorized by email)

**IT IS SO ORDERED.**

Dated: November 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT